■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID T. SPENCER, Appellant. [643 NYS2d 364] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered March 17, 1995, convicting him of operating a motor vehicle while under the influence of alcohol, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY SWINSON, Appellant. [643 NYS2d 364] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered February 10, 1992, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The hearing court, which saw and heard the witnesses, found that the lineup in question was not suggestive (*see, e.g, People v Prochilo,* 41 NY2d 759), and we find no reason on this record to disturb its determination. Moreover, in light of the defendant's failure to request any relief at trial regarding the alleged *Rosario* violation, the defendant's claim in this regard is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Rogelio,* 79 NY2d 843).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or not otherwise properly before this Court. Thompson, J. P., Santucci, Joy and Altman, JJ., concur.